IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JANE DOE through her Guardian Ad Litem, JANE ROE, | ) ) ) | |
| Plaintiff, | ) ) | Civil Case No. 08-1191-HU |
| v. | ) ) | O R D E R |
| WINCO FOODS, LLC, | ) ) | |
| Defendant. | ) ) | |

    Beth Creighton
    Zan Tewksbury
    Steenson, Schumann, Tewksbury, Creighton
    & Rose, P.C.
    500 Yamhill Plaza Building
    815 SW Second Avenue
    Portland, Oregon  97204

        Attorneys for Plaintiff

Page 1 - ORDER

      Thomas C. Sand
      Michelle E. Barton
      Naomi L. Levelle-Haslitt
      Miller Nash LLP
      3400 U.S. Bancorp Tower
      111 SW Fifth Avenue
      Portland, Oregon  97204-3699

           Attorneys for Defendant

KING, Judge:

       The Honorable Dennis Hubel, United States Magistrate Judge, ruled from the bench on August 4, 2009 and memorialized the ruling in a minute order dated August 5, 2009.  Plaintiff filed timely objections to the Order.

       When either party objects to any portion of a magistrate's order concerning a nondispositive matter, the district court will modify or set aside any part of the order that is clearly erroneous or is contrary to law.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  This court, therefore, has reviewed the rulings of Magistrate Judge Hubel under a clearly erroneous or contrary to law standard.

       This court ADOPTS the Order of Magistrate Judge Hubel dated August 4 & 5, 2009 in its entirety.

///

///

IT IS HEREBY ORDERED that Plaintiff's Motion for a Protective Order re: Disclosure of Sensitive, Personal Information (#46) is denied. Defendant's Alternative Motion in Limine regarding Evidence of Sexual Contact and Motion to Strike (#51) is denied as moot with leave to renew.

DATED this 9th day of September, 2009.

/s/ Garr M. King
GARR M. KING
United States District Judge